## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Chapter 13 |
| AMANDA REESE | |
|     Debtor | |
| | |
| NATIONSTAR MORTGAGE, LLC | |
|     Movant | Case No. 15-21251 |
| VS | |
| AMANDA J. REESE | |
|     Respondent | |
| ANTHONY NOVAK | AUGUST 30, 2015 |
|     Trustee | |

### OBJECTION TO MOTION FOR RELIEF

Amanda J. Reese, , by and through Counsel, Suzann L. Beckett, Esq. hereby objects to the Movant's Motion for Relief dated August 19, 2015 on the grounds indicated below:

1. The Debtor is actively seeking loss mitigation with the servicer, Nationstar Mortgage, LLC (hereinafter "Nationstar").

2. Upon information and belief, the application for a modification is complete, and is under review by Nationstar.

3. Effective January 10, 2014, the CFPB has prohibited dual tracking, in that Nationstar may not start or continue a foreclosure proceeding if the Debtor has submitted a complete loss mitigation package.

Suzann L. Beckett    543 Prospect Avenue    Hartford, CT    06105    860-236-1111

WHEREFORE, Debtor respectfully requests that the Motion for Relief be denied in its entirety and such other relief as the Court deems appropriate.

Dated at Hartford, Connecticut this 30th day of August, 2015.

                DEBTOR,
                AMANDA J. REESE

By:    /s/ Suzann L Beckett
        Suzann L. Beckett, LLC
        543 Prospect Avenue
        Hartford, CT  06105
        (860) 236-1111
        Federal Bar No. ct02186