# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
November 9, 2015

In re:

    Amanda J Reese

Debtor*

Case Number: 15–21251 amn
Chapter: 7

### Order Granting Motion for Extension of Time to File Section 727 Complaint

U.S. Trustee (the "Movant") filed a Motion for Extension of Time to File a 727 Complaint, ECF No. 19. After notice and a hearing, and it appearing that the relief in the Motion should be granted, it is hereby

ORDERED, that the time for the Movant U.S. Trustee and Trustee Anthony Novak to file a 727 Complaint is extended to 12/9/15 .

Dated: November 9, 2015

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 138 – bjl

*For the purposes of this order, "Debtor" means "Debtors" where applicable.